**DISMISS and Opinion Filed April 18, 2024**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-23-01061-CV**

**MATTHEW BATEMAN, Appellant**
**V.**
**CR PROPERTYWISE LLC, Appellee**

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-23-01952-B**

## MEMORANDUM OPINION

Before Justices Molberg, Goldstein, and Kennedy
Opinion by Justice Kennedy

On February 12, 2024, we sent a letter to the parties questioning our jurisdiction because it appears the notice of appeal was not timely filed. We directed appellant to file a letter brief addressing our jurisdictional concern no later than February 22, 2024. We expressly cautioned appellant that failure to do so might result in the dismissal of the appeal without further notice. To date, appellant has not filed a letter brief nor further corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal.  *See* Tex. R. App. P. 42.3(b), (c).


<span style="margin-left: 50%;">/Nancy Kennedy/</span>
<span style="margin-left: 50%;">NANCY KENNEDY</span>
<span style="margin-left: 50%;">JUSTICE</span>

231061F.P05



# Court of Appeals
# Fifth District of Texas at Dallas
## JUDGMENT

MATTHEW BATEMAN, Appellant

No. 05-23-01061-CV     V.

CR PROPERTYWISE LLC,
Appellee

On Appeal from the County Court at
Law No. 2, Dallas County, Texas
Trial Court Cause No. CC-23-01952-
B.
Opinion delivered by Justice
Kennedy. Justices Molberg and
Goldstein participating.


In accordance with this Court's opinion of this date, this appeal is
**DISMISSED**.


Judgment entered April 18, 2024